UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MALCOLM D. CLARK, II, )
        Plaintiff, )
v. ) NO. 2:09-0003
) JUDGE CAMPBELL
)
W.B. MELTON, *et al.*, )
        Defendants. )

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 35), to which no objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion for Summary Judgment filed by Defendants (Docket No. 26) is GRANTED and all claims against Defendants are dismissed.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                            _____
                                            TODD J. CAMPBELL
                                            UNITED STATES DISTRICT JUDGE